Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
 abacon@toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NIEMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY GYM CORP d/b/a USA FITNESS, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**2:20-cv-11647**<br><br>**AMENDED NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled on an individual basis, due to Defendant's financial situation. Defendant has hired bankruptcy counsel and provided financial records to Plaintiff to substantiate its inability to settle this matter on a classwide basis.

Plaintiff requests that this Honorable Court vacate all pending deadlines and hearing dates and allow an additional forty-five (45) days with which to file

dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: June 1, 2021

                LAW OFFICES OF TODD M. FRIEDMAN, P.C.

        By:  /s/ Todd M. Friedman
                Law Offices of Todd M. Friedman
                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on June 1, 2021, with:

United States District Court CM/ECF system

Notification sent electronically on June 1, 2021, to:

To the Honorable Court, all parties and their Counsel of Record

/s/ Todd M. Friedman
Todd M. Friedman